UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABEBE MEKONNEN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-12389-IT |
| | * | |
| ABM PARKING SERVICES, INC. | * | |
| | * | |
| Defendant. | * | |

ORDER

October 2, 2014

TALWANI, D.J.

On September 24, 2014, the court issued an Order [#27] vacating the September 26, 2014 hearing date for Defendant's Motion to Dismiss [#7] and directing Plaintiff Abebe Mekonnen to file a statement by October 1, 2014 as to whether she is able to proceed without an interpreter.

On September 29, 2014, Ms. Mekonnen responded by informing the court that she does not seek to have an interpreter aid her at the hearing because she intends to rely on her memorandum in opposition to Defendant's motion to dismiss. Ms. Mekonnen stated that she would attend oral argument to listen to Defendant's oral argument and hear any decision that the court may issue at that time.

In light of this response and in the absence of any request for oral argument from either party, the court will not reschedule oral argument on Defendant's motion to dismiss, but will decide the motion on the papers.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge