UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABEBE MEKONNEN                    *
                                 *
            Plaintiff,           *
                                 *
      v.                         *        Civil Action No. 14-12389-IT
                                 *
ABM PARKING SERVICES, INC.       *
                                 *
            Defendant.           *

ORDER

January 7, 2015

TALWANI, D.J.

        Because the court finds that the arguments made in Defendant's Reply in Support of its

Motion to Dismiss Plaintiff's Amended Complaint [#48] and Plaintiff's proposed Memorandum

of Law in Opposition to Defendant's Sur-reply Brief [#50] will not assist the court in resolving

the pending motion to dismiss in light of the prior briefing in this matter, the court hereby

STRIKES Defendant's reply brief and DENIES Plaintiff's Motion to Respond to Defendant's

Sur-reply Brief [#49].

        IT IS SO ORDERED.

                                                    /s/ Indira Talwani_____
                                                    United States District Judge